UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC,  *Plaintiff*,  v.  HUAWEI TECHNOLOGIES USA, INC., et al.,  *Defendants*. | CASE NO. 6:16-cv-048-RWS |

### **STIPULATION OF DISMISSAL**

Plaintiff Blue Spike, LLC, on the one hand, and defendants Huawei Technologies USA, Inc., Huawei Technologies Co., Ltd., Huawei Investment & Holding Co., Ltd, Huawei Device (Hong Kong) Co., Ltd., and Huawei Technologies Coöperatief U.A., on the other, have reached a settlement of the above-captioned matter and have agreed to dismiss the claims, counterclaims, and causes of action between them.

Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Blue Spike, LLC stipulates to the dismissal with prejudice of all claims and causes of action asserted in this case against defendants Huawei Technologies USA, Inc., Huawei Technologies Co., Ltd., Huawei Investment & Holding Co., Ltd, Huawei Device (Hong Kong) Co., Ltd., and Huawei Technologies Coöperatief U.A., and defendants stipulate to the dismissal with prejudice of all counterclaims and defenses asserted in this case against Blue Spike, LLC. The parties shall bear their own attorneys' fees, expenses and costs.

| | |
|---|---|
| Dated: November 21, 2016 | Respectfully submitted, |
| /s/ John Steven Torkelson | /s/ Randall T. Garteiser |
| John Steven Torkelson<br>Lead Attorney<br>jtorkelson@carterscholer.com<br>CARTER SCHOLER ARNETT HAMADA<br>& MOCKLER PLLC<br>8150 N Central Expressway Ste 500<br>Dallas, Texas 75206<br>(214) 550-8185<br><br>*Attorneys for Defendants* | Randall T. Garteiser<br>  Lead Attorney<br>  Texas Bar No. 24038912<br>  rgarteiser@ghiplaw.com<br>Christopher A. Honea<br>  Texas Bar No. 24059967<br>  chonea@ghiplaw.com<br>GARTEISER HONEA, PLLC<br>119 W Ferguson St.<br>Tyler, Texas 75702<br>1(888) 908-4400 tel./fax<br><br>Kirk J. Anderson<br>  California Bar No. 289043<br>GARTEISER HONEA, P.C.<br>44 North San Pedro Road<br>San Rafael, California 94903<br>(415) 785-3762<br><br>*Attorneys for Blue Spike, LLC* |